In the Matter of ABRAHAM FINKEL, Appellant, against PHILIP J. McCOOK, a Justice of the Supreme Court of the State of New York, Respondent.

(Argued May 20, 1936; decided June 5, 1936.)

*Terence J. McManus, Hugo I. Epstein* and *Edward Rohr* for appellant.

*William C. Dodge,* District Attorney (*William B. Herlands, Thomas E. Dewey* and *Edward C. McLean* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.